UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05010-PD | Date | September 1, 2026 |

Title ***Su Chen v. Ernesto Santacruz, et al.***

Present: The Honorable Patricia Donahue, United States Magistrate Judge

| | |
|---|---|
| Isabel Verduzco | n/a |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Petitioner | Attorneys Present for Respondents |
| n/a | n/a |

**Proceedings (In Chambers):** **Order Re Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 3**

Petitioner, an immigration detainee, filed a counseled Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). Dkt. Nos. 1, 3.

The ex parte motion fails to comply with the rules governing Rule 65 motion practice. *See* Fed. R. Civ. P. 65(b)(1)(B) (requiring a movant to "certify[y] in writing any efforts made to give notice and the reasons why it should not be required"); Local Civil Rule 65-1 (requiring a declaration setting forth the facts and certification required by Fed. R. Civ. P. 65(b)(1)(A) and (B)); Local Civil Rule 7-19.

Moreover, Section 2 of Central District of California General Order No. 26-05 prescribes an expedited briefing schedule for briefing on the merits of petitions for writs of habeas corpus seeking immigration-related relief. The General Order is issued in this matter. *See* Dkt. No. 6. Petitioner has not shown, in a declaration made under penalty of perjury, that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard

scheduling order or by expediting the briefing schedule." *Id.* ¶ 3. Accordingly, the Motion is denied.

IT IS SO ORDERED.